UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT ENGLISH,

    Plaintiff,

v.                                                                                          Case No. 3:18cv113-LC-HTC

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.

_____/

## REPORT AND RECOMMENDATION

This is a Social Security case in which the Court set aside Defendant's decision denying Plaintiff's application for Supplemental Security Income and remanded the matter for further proceedings. ECF Doc. 14. Plaintiff has moved for an award of attorney's fees and costs under the Equal Access to Justice Act ("EAJA") in the amount of $6,558.25.[1]  ECF Doc. 16; 28 U.S.C. § 2412(d). Plaintiff's counsel conferred with Defendant's counsel regarding the Motion for

---

[1] The Court entered judgment in this case on January 14, 2019. The EAJA requires parties to submit fee applications "within thirty days of final judgment." 28 U.S.C. § 2412(d)(1)(B). A judgment does not become "final" in social security cases until the 60-day window to appeal expires. *Id.* at § 2412(d)(2)(g) (defining "final judgment" as "a judgment that is final and not appealable"). Plaintiff filed the Motion for Attorney Fees and Costs on March 12, 2019, which is fifty-seven (57) days after the January 14 judgment. Nevertheless, "[e]ven a premature motion [under the EAJA] is considered timely." *Myers v. Sullivan*, 916 F.2d 659, 679 n.20 (11th Cir. 1990) (citations omitted).

Attorney Fees and Costs under the EAJA and represents that Defendant's counsel opposes the Motion, claiming the number of hours Plaintiff spent on the case is excessive. Defendant, however, has not filed a response opposing Plaintiff's Motion within the fourteen (14) days allowed by N.D. Fla. Loc. R. 7.1(E).

As the Plaintiff recognizes in his motion, he bears the burden of establishing both entitlement to fees and documenting the appropriate hours and hourly rates. The Court finds that Plaintiff has established entitlement. The Court, however, finds the affidavit does not support a judgment in the amount of $6,558.25, as requested by the Plaintiff. The Plaintiff states in his motion that he is seeking $6,158.25 for 31.5 hours of work. The time entries in the affidavit, however, reflect only 31.2 hours of work. Additionally, although Plaintiff states in his motion that he is seeking $195.95/hour, the hourly rate based on the $6,158.25 sought by Plaintiff for 31.5 hours is $195.50/hour. Therefore, the undersigned recommends, based on a review of the motion, and Defendant's failure to file a response in opposition, that Plaintiff be awarded $6,499.60 in attorney's fees and costs, for 31.2 hours of work at a rate of $195.50/hour plus $400.00 in costs.

Accordingly, it is respectfully RECOMMENDED:

1. That Plaintiff's Motion for Attorney Fees and Costs under the Equal Access to Justice Act (ECF Doc. 16) be GRANTED IN PART.

2. That Plaintiff be awarded attorney's fees and costs in the amount of $6,499.60.

3. That Defendant send payment to Plaintiff's counsel's office address.

4. That Defendant follow *Astrue v. Ratliff*, 560 U.S. 586 (2010), but make prompt payment to Plaintiff's counsel if no outstanding federal debt is due.

At Pensacola, Florida, this 4th day of April, 2019.

*/s/ Hope Thai Cannon*
**HOPE THAI CANNON**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. <u>Any different deadline that may appear on the electronic docket is for the Court's internal use only and does not control.</u> A copy of objections shall be served upon the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.

Case No. 3:18cv113-LC-HTC