UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ROBERT ENGLISH,

    Plaintiff,

v.                                                Case No. 3:18cv113-LC-HTC

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

    Defendant.

_____/

ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 4, 2019 (doc. 17). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that it should be adopted.

Accordingly, it is now **ORDERED** as follows**:**

    1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2.  Plaintiff's Motion for Attorney Fees and Costs under the Equal Access to Justice Act (ECF Doc. 16) is **GRANTED IN PART**.

3.  Plaintiff is awarded attorney's fees and costs in the amount of $6,499.60.

4.  Defendant shall send payment to Plaintiff's counsel's office address.

5.  Defendant shall follow *Astrue v. Ratliff*, 560 U.S. 586 (2010), but make prompt payment to Plaintiff's counsel if no outstanding federal debt is due.

**DONE AND ORDERED** this 6th day of May, 2019.

s/*L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**